TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIN BRAVER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HCSLV, INC. a Domestic Corporation; ORTHOPAEDIC INSTIUTUTE OF HENDERSON, a Domestic Corporation;<br><br>Defendants. | CASE NO: 2:21-cv-01959-JCM-NJK<br><br>**JOINT STIPULATED DISCOVERY PLAN & SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(e)** |

All parties of record participated in the meeting required under Fed. R. Civ. P. 26(f) and which was held on **December 6, 2021**. Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(e), the parties do hereby stipulate to the following discovery plan and scheduling order.

1. **Initial Disclosures:** The parties will exchange initial disclosures by **December 31, 2021.**

2. **Subject of Discovery**: Unless otherwise limited by subsequent stipulations, the parties shall be allowed to conduct discovery to the full extent permitted under the Federal Rules of Civil Procedure.

3. **Discovery Cut-Off Date(s): May 23, 2022**, as the deadline is Sunday, May 22, 2022, which is 180 days from **November 23, 2021**, the date that Defendant answered Plaintiff's Complaint. This does not exceed the presumptive limits of LR 26-1(b)(1).

1

4. **Amending the Pleadings and Adding Parties:** The last day to file motions to amend pleadings or to add parties is **February 22, 2022**, which is not later than ninety (90) days prior to the close of discovery.

5. **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** The disclosure of experts and expert reports shall occur by **March 24, 2022**, which is not later than sixty (60) days before the discovery deadline. Disclosure of rebuttal experts and their reports shall occur by **April 23, 2022**, as the 30th before the close of discovery is Saturday, April 22, 2022 which is not later than thirty (30) days before the discovery deadline.

6. **Dispositive Motions:** Dispositive motions may be filed no later than **June 22, 2022**, which is not later than thirty (30) days after the discovery deadline. In the event that the discovery period is extended from the discovery cut-off date set forth in this Joint Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended for the same duration, to be no later than thirty (30) days from the subsequent discovery cut-off date.

7. **Pretrial Order:** The pretrial order shall be filed by **July 22, 2022,** which is not later than thirty (30) days after the date set for filing dispositive motions. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or until further order of the Court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Joint Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time period set forth in this paragraph.

8. **Extensions or Modifications of the Discovery Plan and Scheduling Order:** LR 26-3 governs modifications or extensions of this discovery plan and scheduling order.

9. **Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

10. The attorneys of record in this matter are registered for electronic filing with this Court. Any documents electronically filed with this Court are deemed to be sufficiently served on the other party as of the date that the document is electronically filed with the Court.

11. **Alternative dispute-resolution:** The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including a settlement conference or mediation. The parties agree that this matter is appropriate for mediation or a settlement conference once some discovery has been conducted.

12. **Trial by a magistrate judge:** The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). At this time, the parties do not consent to a trial by the magistrate judge or the use of the Short Trial Program.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

13.     **Electronic Evidence:** The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations.  The parties have agreed to produce electronically-stored evidence in either paper or .pdf format, absent a showing of good cause for such evidence to be produced in native format.

Dated this 22nd day of December, 2021.

**HATFIELD & ASSOCIATES, LTD.**

By: /s/ Trevor J. Hatfield
Trevor J. Hatfield, Esq., (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 388-4469
Fax:  (702) 386-9825
Email: thatfield@hatfieldlawassociates.com
*Attorneys for Plaintiff*

Dated this 22nd day of December, 2021.

**STEPHENS LAW OFFICES**

By: /s/ David A. Stephens
David A. Stephens, Esq., (SBN 00902)
3636 N. Rancho Drive
Las Vegas, Nevada 89130
Tel.:  (702) 656-2355
Fax:  (702) 656-2776
Email:  dstephens@davidstephenslaw.com
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 27, 2021