1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIN BRAVER, an individual, | CASE NO: 2:21-cv-01959-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| HCSLV, INC. a Domestic Corporation; ORTHOPAEDIC INSTIUTUTE OF HENDERSON, a Domestic Corporation; | (First Request) |
| Defendants. | |

Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., on behalf of Plaintiff ERIN BRAVER ("Plaintiff"), and David A. Stephens, Esq., of the law firm of Stephens Law Offices, on behalf of Defendants HCSLV, INC. and ORTHOPAEDIC INSTITUTE OF HENDERSON (hereinafter "Defendants"), and do hereby stipulate and agree to extend the discovery deadlines set forth in the Joint Stipulated Discovery Plan and Scheduling Order (ECF #11) forty-five (45) days to July 7, 2022, pursuant to LR IA 6-1, LR 7-1, and LR 26-3 for the reasons provided below. This is the parties' first request for an extension of discovery deadlines.

Discovery closes on May 23, 2022. The last day to file Dispositive Motions is June 22, 2022.

///

///

1

1. **DISCOVERY COMPLETED TO DATE:**

    A.   Plaintiff served Initial Disclosures on Defendants on February 4, 2022.

    B.   Defendants served Initial Disclosures on Plaintiff on December 30, 2021.

    C.   Defendant served discovery on Plaintiff in the form of Interrogatories on February 2, 2022 and Requests for Production of Documents on April 12, 2022.  Plaintiff provided its responses to the Interrogatories on March 17, 2022 per requested extension and the Requests for Production on May 3, 2022.

    D.   Plaintiff served discovery in the form of Interrogatories, Requests for Admissions and Requests for Production of Documents on Defendants on April 19, 2022.  Defendants' responses are due on May 30, 2022 per stipulated extension.

2. **DISCOVERY YET TO BE COMPLETED:**

    A.   Plaintiff intends to depose Defendants' witnesses Mark Cole and Dr. Steven Hoer on June 24, 2022.

3. **REASONS DISCOVERY COULD NOT BE COMPLETED WITHIN THE EXISTING DEADLINE.**

Good cause exists for this extension.  The scheduling of the depositions of Defendants' witnesses while discovery has been open has been difficult due to conflicts with counsels' schedules.  One of the parties to be deposed is currently in the hospital recovering from surgery.  The other is a busy physician.  The parties have been diligent in conducting discovery.  In order to allow for the parties to complete the remaining discovery provided above, the parties respectfully request that the discovery deadlines in this matter be extended forty-five (45) days for the purpose of taking these two depositions of these witnesses on June 24, 2022, or some other mutually-agreeable date and time should that date become inconvenient. This is the first request for an extension, which is made in good faith and not for the purposes of delay.

///

4. **PROPOSED SCHEDULE FOR COMPLETING DISCOVERY AND OTHER DISCOVERY DEADLINES.**

In summary, the close of discovery shall be continued from May 23, 2022 to July 7, 2022, for the purposes as set forth herein, above; the dispositive motion deadline shall be continued from June 22, 2022 to August 8, 2022.

IT IS SO STIPULATED:

Dated this 23rd day of May, 2022.                    Dated this 23rd day of May, 2022

**HATFIELD & ASSOCIATES, LTD.**              **STEPHENS LAW OFFICES**

*/s/ Trevor J. Hatfield*                                        */s/ David A. Stephens*
By: _____       By:_____
Trevor J. Hatfield, Esq., (SBN 7373)              David A. Stephens, Esq., (SBN 00902)
703 S. Eighth Street                                        3636 N. Rancho Drive
Las Vegas, Nevada 89101                               Las Vegas, Nevada 89130
Tel.: (702) 388-4469                                       Tel.:  (702) 656-2355
Fax:  (702) 386-9825                                      Fax:  (702) 656-2776
Email: thatfield@hatfieldlawassociates.com  Email:  dstephens@davidstephenslaw.com
*Attorneys for Plaintiff*                                  *Attorney for Defendants*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 24, 2022

3