**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIN BRAVER, | Case No. 2:21-cv-01959-JCM-NJK |
|     Plaintiff(s), | **Order** |
| v. | |
| HCSLV, INC., et al., | |
|     Defendant(s). | |

Pending before the Court is a joint motion to extend.  Docket No. 17.  The Court hereby **SETS** a hearing on that motion for 1:00 p.m. on June 28, 2022, in Courtroom 3C.

IT IS SO ORDERED.

Dated: June 27, 2022

_____
Nancy J. Koppe
United States Magistrate Judge