1  DAVID A. STEPHENS, ESQ.
   Nevada Bar No. 00902
2  STEPHENS LAW OFFICES
   3636 N. Rancho Drive
3  Las Vegas, Nevada 89130
   Telephone:  (702) 656-2355
4  Facsimile:  (702) 656-2776
   Email:  dstephens@davidstephenslaw.com
5  Attorneys for Defendants

6

   **UNITED STATES DISTRICT COURT**
7
   **DISTRICT OF NEVADA**
8

9  ERIN BRAVER, an individual,                         )
                                                        )
10              Plaintiff,                              )      Case No.  21-cv-01959-JCM-NJK
                                                        )
11  vs.                                                 )      STIPULATION FOR DISMISSAL
                                                        )      WITH PREJUDICE
12  HCSLV, INC., a domestic corporation;                )
    ORTHOPAEDIC INSTITUTE OF HENDERSON                  )
13  a domestic corporation,                             )
                                                        )
14              Defendants.                             )
    _____ )

15        Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., on behalf of Plaintiff

16  ERIN BRAVER, ("Plaintiff"), and David A. Stephens, Esq., of the law firm of Stephens Law

17  Offices, on behalf of Defendants HCSLV, INC. and ORTHOPAEDIC INSTITUTE OF

18  HENDERSON, (hereinafter "Defendants"), do hereby stipulate and agree as follows:

19        1.  This matter may be dismissed in its entirety, with prejudice.

20        2.  The parties will each bear their own court costs and attorney's fees.

21        3.  The Defendants' Motion to Extend Discovery Deadline, (Second Request), may be

22  removed from the Court's calendar.

23

24  / / /

25

26  / / /

27

28  / / /

1      4. The Court's pending Order to Show Cause against Steven Hoer may be removed from the

2   Court's calendar.

3   IT IS SO STIPULATED:

4   Dated this 12ᵗʰ day of July, 2022.

5   **HATFIELD & ASSOCIATES, LTD.**

6   By: _/s/ Trevor J. Hatfield_____
    Trevor J. Hatfield, Esq., (SBN 7373)
7   703 S. Eighth Street
    Las Vegas, Nevada 89101
8   Tel.: (702) 388-4469
    Fax:  (702) 386-9825
9   Email: thatfield@hatfieldlawassociates.com
    *Attorneys for Plaintiff*
10
    Dated this 12ᵗʰ day of July, 2022.
11
    **STEPHENS LAW OFFICES**
12
    By: _/s/ David A Stephens_____
13  David A. Stephens, Esq., (SBN 00902)
    3636 N. Rancho Drive
14  Las Vegas, Nevada 89130
    Tel.: (702) 656-2355
15  Fax:  (702) 656-2776
    Email:  dstephens@davidstephenslaw.com
16  *Attorney for Defendants*

17
                              **ORDER**
18
                              IT IS SO ORDERED.
19

20

21                            UNITED STATES DISTRICT JUDGE

22                            DATED:  August 1, 2022

23

24

25

26

27

28

CERTIFICATE OF SERVICE

    I certify that on the 11th day of July, 2022, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED: July 11, 2022                    By:*/s/ Marylee Goldstein*
                                              An employee of Stephens Law Offices