# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIN BRAVER, | Case No. 2:21-cv-01959-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 30] |
| HCSLV, INC., et al., | |
| Defendant(s). | |

Pending before the Court is an order for Dr. Hoer to show cause. Docket No. 30. The Court has received a number of varying representations as to why Dr. Hoer did not appear for deposition on the date the Court had ordered, including that he did not receive notice of that deposition date. *See* Docket No. 43 at ¶ 8. The Court has serious concerns about the shifting nature of the excuses proffered. The Court **ADMONISHES** defense counsel for making representations that were apparently wrong or materially incomplete. The Court otherwise **DISCHARGES** the order to show cause and **VACATES** the show cause hearing.

IT IS SO ORDERED.

Dated: August 22, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1